THE PEOPLE ex rel. CHARLES YOUNG, Respondent, *v.* JAMES C. STOUT, as Agent and Warden of the State Prison at Auburn, N. Y., Appellant.

(Argued December 20, 1894; decided January 29, 1895.)

APPEAL from order of the General Term of the Supreme Court in the fifth judicial department, made October 2, 1894, which discharged Charles Young from imprisonment under and by virtue of a judgment of the Court of Sessions of the county of Monroe.

_____

* Reported below, 73 Hun, 143.

*Howard H. Widener* for appellant.

*Henry J. Sullivan* for respondent.

Agree to affirm on opinion below.

All concur, except BARTLETT, J., dissenting, and HAIGHT, J., not sitting.

Order affirmed.